IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KENYOTTA B. HARVEY, | * |
| Petitioner, | * |
| v. | Case No. 1:25-CV-11 (LAG) (ALS) |
| | * |
| SHREIFF ERIC BRYANT, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 2, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 2nd day of April, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk